**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Shaquon Peterson,

  Plaintiff(s),

v.

Travel + Leisure Resort Development, Inc.,

  Defendant(s).

Case No. 2:26-cv-01498-GMN-MDC

**Order**

This case involves class action claims brought pursuant to the Fair Credit Reporting Act, Docket No. 1, which is not a statute subject to the Court's early neutral evaluation program, *see* Local Rule 16-6(a).  Accordingly, an ENE will not be held in this case.  The Clerk's Office is **INSTRUCTED** to remove the ENE flag and the undersigned from this case.

IT IS SO ORDERED.

Dated: May 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1