JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
     kyle.hoyt@jacksonlewis.com

AMANDA A. SIMPSON, ESQ.*
Florida Bar No. 0072817
**JACKSON LEWIS P.C.**
390 N. Orange Ave., Ste. 1285
Orlando, Florida 32801
Telephone: (407) 246-8408
Email:  amanda.simpson@jacksonlewis.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Travel + Leisure Resort Development, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAQUON PETERSON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVEL + LEISURE RESORT DEVELOPMENT, INC.,<br><br>Defendant. | Case No.: 2:26-cv-01498-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Counsel for Plaintiff, SHAQUON PETERSON, and Defendant, TRAVEL + LEISURE RESORT, through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby stipulate to an extension of time for Defendant to respond to Plaintiff's Class Action Complaint **through July 8, 2026**, and state as follows:

Jackson
Lewis P.C.

1.       Defendant was served with a Summons and copy of the Class Action Complaint on June 3, 2026.  Accordingly, a response to the Class Action Complaint is due June 24, 2025.

2.       To allow counsel for Defendant sufficient time to fully investigate Plaintiff's claims and evaluate possible responses, Defendant respectfully requests an enlargement of time of fourteen (14) days, through and including July 8, 2026, to respond to Plaintiff's Class Action Complaint.

3.       The granting of this Stipulation will not prejudice any party, will not burden this Court unduly, and will serve the interests of justice.

4.       Counsel for Plaintiff has no objection to the Stipulation.

DATED this 17th day of June, 2026.

IGLODY LAW PLLC

*/s/ Ivana Lozo*
LEE IGLODY, ESQ.
Nevada Bar No. 7757
2580 St. Rose Parkway, #330
Henderson, Nevada 89074

IVANA LOZO, ESQ.
*Admitted Pro Hac Vice*
Siri & Glimstad LLP
111 West Jackson Boulevard
Suite 1700 - #218
Chicago, Illinois 60604

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Amanda A. Simpson*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

AMANDA A. SIMPSON, ESQ.
*Admitted Pro Hac Vice*
390 N. Orange Ave., Suite 1285
Orlando, Florida 32801

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated:   June 22, 2026

4910-2196-8309, v. 2

2

Jackson
Lewis P.C.